IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-02669-WYD-KLM

AMIR SADEGHI, Ph.D., DABR; and
HENGAMEH SADEGHI,

    Plaintiffs,

v.

JENNIFER HUGHES,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER is before the Court on the Stipulation for Dismissal With Prejudice (docket #18), filed July 24, 2009.  After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a)(1), the stipulation should be approved and this matter should be **DISMISSED WITH PREJUDICE**.  Accordingly, it is

ORDERED that the Stipulation for Dismissal With Prejudice (docket #18) is **APPROVED**, and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs.

Dated:  July 27, 2009

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge